## SOUTHERN RAILWAY CO. V. LEMLEY.

(Decided Nov. 21, 1911. Rehearing denied June 19, 1912.)

APPEAL from Jackson Circuit Court.

Heard before Hon. W. W. HARALSON.

LAWRENCE E. BROWN, for appellant. VIRGIL BOULDIN, for appellee.

DE GRAFFENRIED, J.—Reversed and remanded on the authority of *So. Ry. Co. v. Morgan,* 171 Ala. 294.

---

## STANDARD OIL CO. V. THE STATE.

(Decided June 13, 1912.)

APPEAL from Madison Law and Equity Court.

Heard before Hon. JAMES H. BALLENTINE.

TILLMAN, BRADLEY & MORROW, and JOHN S. STONE, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

PELHAM, J.—Reversed and rendered on the authority of *Standard Oil Co. v. The State,* 59 South. 667.

---

## TOONE V. THE STATE.

(Decided May 14, 1912. Rehearing denied June 29, 1912.)

APPEAL from Limestone Circuit Court.

Heard before Hon. D. W. SPEAKE.

KYLE & HUTSON, and M. K. CLEMENTS, for appellant. R. C. BRICKELL, Attorney General, W. L. MARTIN, Assistant Attorney General, and W. R. WALKER, for the State.

DE GRAFFENRIED, J.—Reversed and rendered on the authority of *Toone v. The State,* 59 South. 665.